Exhibit "C"

## AFFIDAVIT OF JAMES PFEIFER

**STATE OF PENNSYLVANIA** )

**COUNTY OF ALLEGHENY** )

Before me, the undersigned Notary Public, in and for said County and State, personally came and appeared James Pfeifer, who upon oath, deposes and says as follows:

1. My name is James Pfeifer. I am over the age of 21, of sound mind and have personal knowledge of the facts and matters stated in this Affidavit.

2. There is no, and to my knowledge there has never been, any legal entity known as "Jennmar." Many years ago, there an entity known as Jennmar Corp., but that entity ceased to exist more than 5 years ago.

3. Jennmar and Jenmar USA are trade names utilized by several legal entities, several of which utilize "Jennmar" in their name.

4. None of the entities associated with the name "Jennmar" or the trademarks "Jennmar" and "Jenmar USA" were formed in Alabama or had their principal place of business in Alabama.

5. I have reviewed the allegations in the lawsuit styled: <u>Larry G. Wallace, et al v. Jennmar, et al,</u> in the Circuit Court of Walker County, Alabama, Case Number: CV-2020-900103 (hereinafter "the Wallace lawsuit"). What the Complaint in the Wallace Lawsuit refers to as CANs are more precisely referred to in the industry as pumpable cribs. The CANs/cribs at issue in the Wallace Lawsuit were supplied to Mr. Wallace's employer by Heintzmann Corp. Heintzmann Corp. was a Virginia Corporation with its principal place of business in Virginia.

6. In December 2017, during the course of Heintzmann Corp. supplying the CANs/cribs, Jennchem, LLC bought all shares of Heintzmann Corp. Jennchem, LLC, is a Delaware limited liability company with its principal place of business in Pennsylvania.

7. Jennchem, LLC subsequently sold the shares of Heintzmann Corp. to Jennmar Corporation of Virginia, Inc. Jennmar Corporation of Virginia, Inc. is a Virginia corporation, with its principal place of business in Virginia.

8. In October 2018, Heintzmann Corp. was subsequently converted to Jennmar Specialty Products-Cedar Bluff, LLC. Jennmar Specialty Products-Cedar Bluff, LLC is a Virginia limited liability company with its principal place of business in Virginia, and it continues to exist to this day.

9. I have served as General Counsel for Jennchem, LLC, Jennmar Corporation of Virginia, Inc. and Jennmar Specialty Products-Cedar Bluff, LLC, and I have personal knowledge of the aforesaid facts.

FURTHERMORE THE AFFIANT SAYETH NAUGHT.

Done this 14th day of December, 2020.

_____
JAMES PFEIFER

SWORN TO and SUBSCRIBED before me this the 14th day of December, 2020.

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Miranda Brennan, Notary Public
Allegheny County
My commission expires February 23, 2023
Commission number 1260769
Member, Pennsylvania Association of Notaries

2