# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **LARRY G. WALLACE,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Civil Action No.: 6:20-cv-2083-LSC** |
| ) | **Unopposed** |
| **JENNMAR,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTIFICATION OF PARTIES' PARTIAL CONSENT TO PLAINTIFFS' MOTION TO ALLOW LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT

COME NOW the Plaintiffs, Larry and Lori Wallace, by and through their undersigned counsel of record, and notify this Honorable Court that Plaintiffs filed a motion to allow leave to file Plaintiffs' first amended complaint on May 19, 2021. Since that time, the parties have continued to discuss this matter, and have come to an agreement on most of the motion:

1. On December 29, 2020, the Defendant, originally, allegedly misdesignated as "JENNMAR," filed a Notice of Removal, and attached the Affidavit of James Pfeifer. (State Court Doc. #70). In this affidavit, Affiant Pfeifer states the corporate history for the Defendant, originally designated as "JENNMAR." The corporate statement includes the following entities: Jennchem,

LLC; Jennmar Corporation of Virginia, Inc.; and, Jennmar Specialty Products-Cedar Bluff, LLC.

2. The Defendant consents to Plaintiffs amending the complaint to add Jennchem, LLC, and Jennmar Specialty Products-Cedar Bluff, LLC as Defendants, but does not consent to Plaintiffs adding Jennmar Corporation of Virginia, Inc. as a Defendant because Jennmar Corporation of Virginia, Inc. is not covered by the liability insurance policy issued by James River, making it essentially self-insured.

3. The Defendant merely agrees to relief from the deadline to amend the Complaint per the terms of the pre-trial order. The Defendant does not concede that the parties named as Defendants in the proposed Amended Complaint are liable to the Plaintiffs on any theory, and the proposed Defendants reserve all defenses, including but not limited to, the statute of limitations.

**WHEREFORE,** the Plaintiffs notify this Honorable Court that Plaintiffs and Defendant have come to an agreement and Defendant has partially consented to Plaintiffs' previously filed motion to allow leave to file Plaintiffs' first amended complaint. However, the issue concerning the addition of Jennmar Corporation of Virginia, Inc. will still need to be decided by the Court.

Respectfully submitted the 9th day of June, 2021.

*/s/ Kimberly B. Massey*
Kimberly B. Massey (MAS062)
Lloyd W. Gathings (GAT001)
Honora M. Gathings (GAT003)

                                                        Attorneys for Plaintiffs

**OF COUNSEL:**
GATHINGS LAW
The Park Building at Magnolia Office Park
2140 11th Avenue South, Suite 210
Birmingham, Al 35205
Telephone: (205) 322-1201
Facsimile: (205) 322-1202
lgathings@gathingslaw.com
hgathings@gathingslaw.com
kmassey@gathingslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 9th day of June, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to each of the following:

C. Peter Bolvig
Whitaker, Mudd, Luke & Wells, LLC
2011 4th Avenue North
Birmingham, Alabama 35203
(205) 639-5300
(205) 639-5350
pbolvig@wmslawfirm.com

                                                        */s/ Kimberly B. Massey*
                                                        OF COUNSEL