FILED
2022 Mar-21 PM 03:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| LARRY G. WALLACE & LORI WALLACE, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No.: 6:20-cv-2083-LSC ) |
| JENNMAR, *et. al.*, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Plaintiffs' Motion to Remand (doc. 26) alleging the Court lacks subject-matter jurisdiction over Plaintiffs' action. The Court is "bound to ascertain whether we possess … subject-matter jurisdiction whether it is challenged by the litigants or not[.]" *Ingram v. CSX Transp., Inc.*, 146 F.3d 858, 861 (11th Cir. 1998) (quoting *Escobedo v. Estelle,* 655 F.2d 613, 614 (5th Cir, Unit A.1981)).

This case involves no federal question. Jurisdiction therefore depends upon diversity of citizenship. At the time Defendants removed this case to federal district court, complete diversity existed—Plaintiffs are Alabama citizens, and Defendants are incorporated in Pennsylvania and maintain their principal place of business in

Pennsylvania. After removal, however, Plaintiffs moved to amend their complaint to add James Balcar, an Alabama citizen, as an additional defendant. The Court granted Plaintiffs' request and allowed Balcar to be joined.

"If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject-matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court." 28 U.S.C.A. § 1447(e). *See also Ingram* 46 F.3d (holding that joining a non-diverse defendant destroys subject matter jurisdiction and requires remand). Here, because Balcar and Plaintiffs are citizens of Alabama, Balcar's joinder destroys complete diversity. As such, the Court does not have subject-matter jurisdiction over this action. Thus, Plaintiff's Motion (doc. 26) is **GRANTED**, and Plaintiffs' case is **REMANDED** to Alabama state court. Each party is to bear their own costs.

**DONE** and **ORDERED** on March 21, 2022.

_____
L. Scott Coogler
United States District Judge

206888